# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PROSPER ATSU AGAKPE**                                                                 **PLAINTIFF**

V.                                          CASE NO. 4:23-CV-980 JM

**KIMBERLY-CLARK CORPORATION**                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 11th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE